Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−27797−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Prakash V. Rao                                   Bhavani P. Rao
   aka Prakash V.N Rao                      aka Bhavani Parkash Rao
   6 Breezy Court                                  6 Breezy Court
   Scotch Plains, NJ 07076                 Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−8460                                    xxx−xx−1327

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 11/20/19
Time:               08:30 AM
Location:           Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 16, 2019
JAN: dmc

                                                        Jeanne Naughton
                                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-27797-RG
Prakash V. Rao                                                        Chapter 13
Bhavani P. Rao
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Oct 16, 2019
                               Form ID: 132             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
```
db/jdb         +Prakash V. Rao,    Bhavani P. Rao,    6 Breezy Court,    Scotch Plains, NJ 07076-2434
cr             +ALDRIDGE PITE, LLP,    Attn: Jenelle C. Arnold,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518465354     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
518465356      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
518465357      +Attorney General of the United States,    Department of Justice,
                 Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
518465358     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
518465359      +Bank Of America, N.a.,    4909 Savarese Circle,    Tampa, FL 33634-2413
518465360      +Capstone Tax Consulting, Inc.,    7878 Wadsworth Blvd,    Sutie 100,    Arvada, CO 80003-2121
518465361      +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
518465362      +Daniel Eichhorn Esq,    Cullen & Dykman LLP,    433 Hackensack Ave,    Hackensack, NJ 07601-6452
518465365      +Exxnmobil/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
518512267      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518465367      +Jpmcb Card,    Po Box 15298,    Wilmington, DE 19850-5298
518465368      +KML Law Group, PC,    216 Haddon Ave,    Suite 406,    Collingswood, NJ 08108-2812
518465369       M+T Bank,    PO Box 619063,    Dallas, TX 75261-9063
518465370       New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
518465372       Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
                 One Newark Center, Suite 1500,    Newark, NJ 07102-5224
518465371     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,
                 Compliance and Enforcement - Bankruptcy,    50 Barrack Street, 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08695-0267)
518465373      +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
518465374      +Sunnnova Asset Portfolio LLC,    20 Greenway Plaza,    Suite 475,    Houston, TX 77046-2015
518465375      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518490411       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 17 2019 00:21:24
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518479680       E-mail/Text: mrdiscen@discover.com Oct 17 2019 00:20:04      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518465363      +E-mail/Text: mrdiscen@discover.com Oct 17 2019 00:20:04      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
518465364       E-mail/Text: cio.bncmail@irs.gov Oct 17 2019 00:20:32      District Director of the IRS,
                 955 S. Springfield Avenue,    Springfield, NJ 07081
518465376      +E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14      United States Attorney*,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518465355*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
518465366*     +Internal Revenue Service*,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Oct 16, 2019
                              Form ID: 132               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Bruce C. Truesdale    on behalf of Joint Debtor Bhavani P. Rao brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Prakash V. Rao brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```