Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−27797−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Prakash V. Rao | Bhavani P. Rao |
| aka Prakash V.N Rao | aka Bhavani Parkash Rao |
| 6 Breezy Court | 6 Breezy Court |
| Scotch Plains, NJ 07076 | Scotch Plains, NJ 07076 |

Social Security No.:
  xxx−xx−8460                                   xxx−xx−1327

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 5, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 6, 2019
JAN: slm

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-27797-RG
Prakash V. Rao                                                  Chapter 13
Bhavani P. Rao
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2              Date Rcvd: Dec 06, 2019
                            Form ID: 148             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
```
db/jdb         +Prakash V. Rao,   Bhavani P. Rao,   6 Breezy Court,   Scotch Plains, NJ 07076-2434
cr             +ALDRIDGE PITE, LLP,   Attn: Jenelle C. Arnold,   ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
cr             +Thrift Investment Corporation,   720 King George's Post Road P.O. Box 538,
                 Fords, NJ  08863-0538,   UNITED STATES 08863-0538
518465354     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: American Honda Finance,   201 Little Falls Drive,
                 Wilmington, DE 19808)
518465357      +Attorney General of the United States,   Department of Justice,
                 Constitution Ave and 10th St. NW,   Washington, DC 20530-0001
518465359      +Bank Of America, N.a.,   4909 Savarese Circle,   Tampa, FL 33634-2413
518465360      +Capstone Tax Consulting, Inc.,   7878 Wadsworth Blvd,   Sutie 100,   Arvada, CO 80003-2121
518585030       Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
518529251      +Cullen and Dykman, LLP,   433 Hackensack Avenue, 12th Floor,   Hackensack, NJ 07601-8309
518465362      +Daniel Eichhorn Esq,   Cullen & Dykman LLP,   433 Hackensack Ave,   Hackensack, NJ 07601-6452
518465365      +Exxnmobil/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
518512267      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518465368      +KML Law Group, PC,   216 Haddon Ave,   Suite 406,   Collingswood, NJ 08108-2812
518465369      +M+T Bank,   PO Box 619063,   Dallas, TX 75261-9063
518465370       New Jersey Attorney General Office,   Division of Law,   Richard J. Hughes Justice Complex,
                 25 Market Street, P.O. Box 112,   Trenton, NJ 08625-0112
518465372       Office of Chief Counsel,   Internal Revenue Service,   SB/SE Division Counsel,
                 One Newark Center, Suite 1500,   Newark, NJ 07102-5224
518465371     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                 Compliance and Enforcement - Bankruptcy,   50 Barrack Street, 9th Floor,   P.O. Box 245,
                 Trenton, NJ 08695-0267)
518465373      +Sears/cbna,   Po Box 6217,   Sioux Falls, SD 57117-6217
518465374      +Sunnnova Asset Portfolio LLC,   20 Greenway Plaza,   Suite 475,   Houston, TX 77046-2015
518465375      +Thrift Investment Corp,   720 King George Post Rd,   Fords, NJ 08863-1985
518569387      +Thrift Investment Corporation,   720 King George's Post Rd, PO Box 538,   Fords, NJ 08863-0538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2019 23:54:22    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2019 23:54:21    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518490411       EDI: HNDA.COM Dec 07 2019 04:53:00    American Honda Finance Corporation,
                 National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088
518551180       EDI: BECKLEE.COM Dec 07 2019 04:53:00    American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518465356      +EDI: AMEREXPR.COM Dec 07 2019 04:53:00    Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
518465358       EDI: BANKAMER.COM Dec 07 2019 04:53:00    Bank Of America,   Po Box 982238,
                 El Paso, TX 79998
518546000      +EDI: BANKAMER.COM Dec 07 2019 04:53:00    Bank of America, N.A.,   P.O. Box 31785,
                 Tampa, FL 33631-3785
518465361      +EDI: CITICORP.COM Dec 07 2019 04:53:00    Citicards Cbna,   Po Box 6217,
                 Sioux Falls, SD 57117-6217
518479680       EDI: DISCOVER.COM Dec 07 2019 04:53:00    Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
518465363      +EDI: DISCOVER.COM Dec 07 2019 04:53:00    Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
518465364       EDI: IRS.COM Dec 07 2019 04:53:00    District Director of the IRS,   955 S. Springfield Avenue,
                 Springfield, NJ 07081
518465367      +EDI: CHASE.COM Dec 07 2019 04:53:00    Jpmcb Card,   Po Box 15298,   Wilmington, DE 19850-5298
518579020       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 00:09:42    LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518567389       E-mail/Text: camanagement@mtb.com Dec 06 2019 23:54:17    M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
518465376      +E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2019 23:54:22    United States Attorney*,
                 For Internal Revenue Service),   970 Broad Street, 5th Floor,   Newark, NJ 07102-2527
518572274      +EDI: AIS.COM Dec 07 2019 04:53:00    Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 16
```

```
District/off: 0312-2           User: admin                Page 2 of 2            Date Rcvd: Dec 06, 2019
                               Form ID: 148               Total Noticed: 37


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518465355*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
518465366*    +Internal Revenue Service*,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
          Bruce C. Truesdale    on behalf of Joint Debtor Bhavani P. Rao brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale    on behalf of Debtor Prakash V. Rao brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```