Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  19−27797−RG
                    Chapter:  13
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Prakash V. Rao | Bhavani P. Rao |
| aka Prakash V.N Rao | aka Bhavani Parkash Rao |
| 6 Breezy Court | 6 Breezy Court |
| Scotch Plains, NJ 07076 | Scotch Plains, NJ 07076 |

Social Security No.:
  xxx−xx−8460                                  xxx−xx−1327

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 13, 2020</u>                  <u>Rosemary Gambardella</u>
                                                Judge, United States Bankruptcy Court